# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2022-0185, <u>Nancy Pratt v. Linda Sanborn & a.</u>, the court on November 29, 2022, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). The plaintiff, Nancy Pratt, appeals an order of the Superior Court (<u>Honigberg</u>, J.) granting summary judgment to defendant Linda Sanborn (the defendant) on the plaintiff's claims for breach of the condominium declaration, breach of fiduciary duty, violation of the New Hampshire Consumer Protection Act, and unjust enrichment. She also appeals the trial court's order, following a bench trial, entering judgment on her remaining claims and the defendant's counterclaims, and requiring that she pay the defendant $6,951.10 for the plaintiff's share of certain insurance costs. The court concludes that, as the appealing party, the plaintiff has not established reversible error. <u>See</u> <u>Sup. Ct. R.</u> 25(8); <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**